# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 15, 2009

Charles R. Fulbruge III
Clerk

No. 07-40225

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ARMANDO ARMENDARIZ-MORENO, also known as Armando Moreno-Ortiz

Defendant - Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:06-CR-1029-ALL

Before REAVLEY, BARKSDALE, and GARZA, Circuit Judges.

ON REMAND FROM THE SUPREME COURT

PER CURIAM:

On December 12, 2007 this court affirmed the sentence of Armando Armendariz-Moreno (Armendariz) and rejected the objection to the 8 level enhancement of his offense level because of his prior conviction of unauthorized use of a motor vehicle in violation of Texas Penal Code § 31.07(a). As Armendariz conceded, the judgment was foreclosed by previous rulings of this circuit. See United States v. Galvan-Rodriguez, 169 F.3d 217 (5th Cir. 1999).

The Supreme Court has now granted certiorari and remanded for consideration in the light of <u>Begay v. United States</u>, 128 S.Ct. 1581 (2008) and <u>Chambers v. United States</u>, 129 S.Ct. 687 (2009). Those opinions hold that the generic crime of violence or aggravated felony must itself involve purposeful, violent and aggressive conduct. The risk of physical force may exist where the defendant commits the offense of unauthorized use of a vehicle, but the crime itself has no essential element of violent and aggressive conduct.

It follows that the Armendariz sentence rests on a procedural error. The government agrees that the sentence must be vacated and the case remanded for resentencing.

Sentence Vacated. Case Remanded.

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 12, 2007

Charles R. Fulbruge III
Clerk

No. 07-40225

Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

ARMANDO ARMENDARIZ-MORENO, also known as Armando Moreno-Ortiz

Defendant-Appellant

Appeal from the United States District Court

for the Southern District of Texas

USDC No. 1:06-CR-1029-ALL

Before REAVLEY, BARKSDALE, and GARZA, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

3

Armando Armendariz-Moreno (Armendariz) pleaded guilty to illegal reentry after deportation and after having been convicted of an aggravated felony.

On appeal, Armendariz challenges the district court's characterization of his prior Texas conviction of unauthorized use of a motor vehicle as an aggravated felony for sentencing purposes. Armendariz concedes that this issue is foreclosed, but he nevertheless seeks to preserve it for Supreme Court review in light of the Supreme Court's decision in *Leocal v. Ashcroft*, 543 U.S. 1 (2004). As Armendariz concedes, this issue is foreclosed. *See Brieva-Perez v. Gonzales*, 482 F.3d 356, 360-61 (5th Cir. 2007); *United States v. Galvan-Rodriguez*, 169 F.3d 217, 219-20 (5th Cir. 1999).

In light of *Apprendi v. New Jersey*, 530 U.S. 466 (2000), Armendariz also challenges the constitutionality of 8 U.S.C. § 1326(b)'s treatment of prior felony and aggravated felony convictions as sentencing factors rather than elements of the offense that must be found by a jury. This court has held that this issue is "fully foreclosed from further debate." *United States v. Pineda-Arrellano*, 492 F.3d 624, 625 (5th Cir. 2007), *petition for cert. filed* (Aug. 28, 2007) (No. 07-6202).

AFFIRMED.